UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

UNITED STATES OF AMERICA

2011 JAN -4 P 12: 00

v.

Cr. No. 11-cr-1-01-SM

SCOTT WILSON

INFORMATION

The United States Attorney charges:

COUNT ONE

[Transportation of Minor with intent to engage
in criminal sexual activity]
[18 U.S.C. §2423(a)]

Between August 2005, and August 2007, in the Districts of New Hampshire and Maine, the defendant,

SCOTT WILSON,

knowingly transported an individual, that is, John Doe, who was at that time under the age of 18 years, in interstate commerce from Eliot, Maine to Somersworth, New Hampshire, with intent that such individual engage in sexual activity under such circumstances as would constitute a criminal offense by any person under N.H. RSA 632-A:3 (Aggravated Felonious Sexual Assault).

All in violation of Title 18, United States Code, Section 2423(a).

COUNT TWO

[Possession of child pornography]
[18 U.S.C. §2252A(a)(5)(B)]

On or about November 18, 2009, in the District of New Hampshire, the defendant,

SCOTT WILSON

did knowingly possess child pornography, to wit: computers containing visual images of "child pornography," as that term is defined in Title 18, United States Code, Section 2256, said images having been mailed, transported or shipped in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).


Date: January 4, 2011


JOHN P. KACAVAS
United States Attorney

By:
Helen White Fitzgibbon
Assistant U.S. Attorney