UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                          Cr.  10-CR-

Scott Wilson

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Information against the above-named defendant having been filed in the above-entitled cause on the 4th day of January, 2011.

This 4th day of January, 2011.

                                              JOHN P. KACAVAS
                                            United States Attorney


                                            /s/ Helen White Fitzgibbon
                                            Helen White Fitzgibbon
                                            Assistant U.S. Attorney

WARRANT ISSUED: _____