IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                           Cr.    11-cr-01-SM

Scott Wilson

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ( **X** ) ad prosequendum  ( ) ad testificandum and

    1.  Name of detainee:    **Scott Wilson**

    2.  Detained by:    **Strafford County House of Corrections**

    3.  Detainee is ( ) charged in the district by ( ) Indictment  (**X**)  Information ( ) Complaint OR is a witness not otherwise available by the ordinary process of the Court.

    4.  Appearance is necessary on **January 5, 2011** for **11:00 a.m.**

Dated:  **January 4, 2011**

                                                          /s/  Helen White Fitzgibbon
                                                          Assistant U.S. Attorney
                                                          Helen White Fitzgibbon

## WRIT OF HABEAS CORPUS

(**X** ) Ad Prosequendum                          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return to said detainee to the above-named custodian.

Date signed:                                              _____
                                                                        Deputy Clerk