August 27, 2011

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2011 SEP -2 P 12: 11

Warren B. Rudman U.S. Courthouse
    55 Pleasant St. Rm 110
Concord, NH 03301

To Whom it May Concern:

I would like to request a copy of both my Judgment and Commitment and my Indictment.

My information is the following:

        Scott Wilson
        REG # 12216-049
        DOB:
        Docket #: 11-CR-001-01-SM
        Judge: McAuliffe

If I may request to receive these as soon as possible, it would be greatly appreciated. Thank you very much.

Sincerely,

Scott Wilson 12216-049
FCI Otisville
PO Box 1000
Otisville, NY 10963

Scott A. Wilson