**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R Starr, Clerk of Court
Daniel J Lynch, Chief Deputy Clerk

Telephone 603-225-1423
Web www.nhd.uscourts.gov

September 8, 2011

Scott A. Wilson #12216-049
FCI - Otisville
PO Box 1000
Otisville, NY 10963

Re: 11-cr-001-01-SM; United States v. Scott Wilson

Dear Mr. Wilson;

This is in response to your letter received in the Clerk's Office on September 2, 2011, requesting a copy of your indictment and Judgment and Commitment in the above-captioned case. You entered a waiver/plea to an information, not an indictment, on January 18, 2011.

Please be advised that there is a charge of $.50/per page for copying a docket sheet or documents from a case in this court. However, since this is your first request, there will be no charge to you this time. Copies of the information and Judgment and Commitment are enclosed

Very truly yours,

James R. Starr, Clerk

By: Judith A. Barrett

Judith A. Barrett
Deputy Clerk

Enclosures